IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOE HAND PROMOTIONS, INC.,**

Plaintiff,

v.

**MISTY BIVINS, indv., and d/b/a CHASERS LOUNGE, AND CHASERS LOUNGE,**

Defendants.                              No. 11-cv-630-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is plaintiff's motion for voluntary dismissal without prejudice (Doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that dismissal is proper. Accordingly, the Court **GRANTS** the dismissal and **DISMISSES without prejudice** plaintiff's case against defendants, each party to bear its own costs. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 9th day of August, 2012.

Digitally signed by
David R. Herndon
Date: 2012.08.09
15:43:04 -05'00'

**Chief Judge
United States District Court**